UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO
1:17-CV-07195-WFK-LB

MOHAMMAD A. CHOUDHARY.
    PLANTIF
        V.
1. COLIN M. BARNARDINO
2. KILPATRICK TOWNSEND & STOCKTON LLP
3. WELLS FARGO
4. BERKADIA COMMERCIAL MORTGAGE LLC
    DEFENDENTS.

AMENDED COMPLAINT
12/26/2017



**ORIGINAL**

**RECEIVED DEC 26 2017 PRO SE OFFICE**

TO
HONORABLE
JUDGE WILLIAM F. KUNTZ, II
MAGISTRATE JUDGE LOIS BLOOM
    Respected SIR.

PLEASE be INFORMED That in MY original Complaint Dated 12/11/2017 I was SUING First Three defendents. 12/21/17, ONE week before at BANKRUPTCY Court MR COLIN ReQusted the Judge LORD to MAKE check payable TO "BERKADIA COMMERCIAL Mortgage LLC". NOW I have to add this Fourth defendent "BERKADIA Commercial Mortgage LLC" in MY AMENDED COMPLAINT also.
    Please note that MR COLIN M. BARNARDINO is the ATTORNY who is Representing all the defendents in the COMPLAINT.

    WITH BEST REGARDS.
                            C.M.A
    Muhammad A. Choudhary   12/26/2017
    4200 Atlantic Ave
    BROOKLYN NY. 11224
    917-975-2000